Per Curiam.

We deny the appeal as moot in light of our order in *DataTreasury Corp. v. Fidelity National Information*, No. 16–1046.

Appellant DataTreasury Corp. also moved for costs under Rule 30, arguing the Director should reimburse DataTreasury for printing costs relating to unnecessary pages included in the Joint Appendix. Docket No. 32. We deny the motion, but we caution the Director to carefully evaluate which material it elects to cite in the Joint Appendix and only include material relevant to the issues disputed in a particular appeal.

MICHAEL BERTA, Arnold & Porter LLP, San Francisco, CA, argued for defendant-appellee. Also represented by NICHOLAS LEE, Los Angeles, CA.

(Moore, Wallach, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## BLUE SPIKE, LLC, Plaintiff–Appellant

v.

## GOOGLE INC., Defendant–Appellee

2016-1054

United States Court of Appeals, Federal Circuit.

October 14, 2016

KIRK ANDERSON, Garteiser Honea, PLLC, Tyler, TX, argued for plaintiff-appellant. Also represented by RANDALL T. GARTEISER, CHRISTOPHER A. HONEA; ERNEST YOUNG, Apex, NC.

## UNIVERSAL ELECTRONICS, INC., Plaintiff–Appellee

v.

## UNIVERSAL REMOTE CONTROL, INC., Defendant–Appellant

2015–1410, 2015–1561, 2016–1055

United States Court of Appeals, Federal Circuit.

October 17, 2016

GREGORY A. CASTANIAS, Jones Day, Washington, DC, argued for plaintiff-appellee. Also represented by MARK A. FINKELSTEIN, JACLYN STAHL, Irvine, CA; SHERYL HOKE LOVE, THOMAS R. GOOTS, DAVID B. COCHRAN, Cleveland, OH.